UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN JOHNSON, ET. AL.                       CIVIL ACTION

VERSUS                                      NO: 04-3201

BIG LOTS STORES, INC.                       SECTION: R(1)

### ORDER

The Court has considered the parties' proposed trial plan and the various memoranda submitted on the proposal. The Court GRANTS the parties' joint motion for continuance and adopts the following trial plan:

**I.   DEADLINES**

1. Trial by the Court, without jury, will commence on May 5, 2008 and continue through May 13, 2008;

2. The parties shall designate and identify their respective nonexpert witnesses (not to exceed <u>45</u> per side) on or before November 13, 2007;

3. The plaintiffs shall identify expert witnesses on or before November 13, 2007. The parties are limited to no more than two experts each, and the testimony of the two experts shall not be cumulative;

4. Plaintiffs shall provide defendant with plaintiffs' expert reports on or before December 21, 2007;

5. Defendant shall identify expert witnesses on or before December 31, 2007;

6. Defendant shall provide plaintiffs with defendant's expert reports on or before January 25, 2008;

7. All discovery shall be completed on or before March 30, 2008;

8. Any motions challenging the admissibility of expert evidence shall be set for hearing on or before April 2, 2008;

9. Trial depositions shall be concluded on or before April 2, 2008;

10. The parties shall mutually exchange Preliminary Trial Exhibit Lists on or before January 25, 2008;

11. The parties shall mutually exchange Final Will Call Witness Lists on or before April 7, 2008;

12. The parties shall mutually exchange Final Trial Exhibit Lists on or before April 7, 2008;

13. The parties shall file pre-trial memoranda on or before

April 21, 2008;

14. A final pretrial conference will be held on April 22, 2008 at 4:00 p.m. Counsel will be prepared in accordance with the final Pretrial Notice attached to the Court's earlier scheduling order. The pretrial order, in duplicate, must be delivered to the Court's chambers by 4:30 p.m. on a day that allows one full work day prior to the conference, excluding Saturdays, Sundays, and holidays. The pretrial order submitted to the Court must be double-spaced and signed by all counsel;

15. The parties shall file proposed findings of fact and conclusions of law and any motions in limine by April 28, 2008;

16. All motions for summary judgment or other dispositive motions on the merits must be filed in time to be set for hearing on or before March 1, 2008.

**II. OTHER MATTERS**

1. The parties shall cooperate regarding scheduling of depositions and shall make every effort necessary to reasonably accommodate deposition schedules and requests;

2. Each party shall pay their own expert deposition witness fees;

3.   The parties have identified certain opt-in class members whose claims appear to fall outside of the class period. The parties are to jointly submit a procedure for notification and dismissal of these claims on or before November 16, 2007.

New Orleans, Louisiana, this __6th__ day of November 2007

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

4