UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN JOHNSON and<br>ROBERT CHARLES BURDEN | * | CIVIL ACTION NO. 04-3201  c/w 05-6627 |
| | * | |
| | * | JUDGE:  SARAH S. VANCE |
| VERSUS | * | |
| | * | MAGISTRATE: SALLY SHUSHAN |
| BIG LOTS STORES, INC. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR LEAVE
## TO CONDUCT VIDEOTAPED TRIAL DEPOSITIONS

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, Defendant Big Lots Stores, Inc. moves this Court for an Order requiring Plaintiffs to make all previously deposed Plaintiffs available for further deposition questioning and for leave to conduct such depositions for the purpose of presenting videotape testimony at trial.  The grounds for this Motion are set forth in the accompanying Memorandum in Support, which is adopted herein.

Respectfully submitted,

*s/Judy Y. Barrasso*

_____
Judy Y. Barrasso, 2814
Stephen H. Kupperman, 7890
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, LA  70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

- 1 -

101958

        James E. Davidson, 0024534
        John J. Krimm, Jr., 0038915
        John P. Gilligan, 0024542
        Paul L. Bittner, 0061674
        SCHOTTENSTEIN ZOX & DUNN CO., LPA
        250 West Street
        Columbus, Ohio 43215
        Telephone:  (614) 462-2700
        Facsimile:  (614) 462-5135

        Attorneys for Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was delivered to the following counsel of record on the 15th day of January, 2008:

Michael T. Tusa, Jr.
McCRANIE, SISTRUNK, ANZELMO
HARDY, MAXWELL & McDANIEL
3445 North Causeway Boulevard, 8th Floor
Metairie, LA 70002

Michael A. Josephson
FIBICH, HAMPTON & LEEBRON, LLP
1401 McKinney, Suite 1800
Houston, TX 77010

Philip Bohrer
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

        *s/Judy Y. Barrasso*
        _____