UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN JOHNSON, ET. AL. | CIVIL ACTION |
| VERSUS | NO. 04-3201 |
| BIG LOTS STORES, INC. | SECTION "R" (1) |

### ORDER AND REASONS

Before the Court is plaintiffs' Motion to Equitably Toll the statute of limitations. Plaintiffs' counsel, on behalf of the dismissed opt-in plaintiffs, requests the Court to toll the statute of limitations with respect to the opt-in plaintiffs' claims for a period of 90 days from either the date the collective action was decertified and the opt-in plaintiffs were dismissed, which was June 20, 2008, or from the date of a ruling on this motion. Defendant does not oppose an equitable tolling of the statute of limitations, but suggests that the statute of limitations should be tolled for 30 days from July 9, 2008, the date this motion was set for hearing.

The Court finds that the statute of limitations should be tolled for a period of 45 days from the entry of this Order. Courts often equitably toll the statute of limitations in Fair Labor Standards Act cases in which decertification has been granted. *See Proctor v. Allsups Convenience Stores, Inc.*, 2008 U.S. Dist. LEXIS 33707 (N.D. Tex. 2008) (tolling the statute of limitations for 30 days after decertifying a class of over 1,000 plaintiffs); *Reyes v. Texas Ezpawn, L.P.*, 2007 WL 101808 (S.D. Tex. 2007) (tolling the statute of limitations for 30 days after decertifying a class of 82 plaintiffs); *Smith v. Heartland Automotive Services, Inc.*, 404 F. Supp. 2d 1144 (D. Minn. 2005) (staying the class decertification order for 60 days so as to allow plaintiffs to file individual claims); *Johnson v. TGF Precision Haircutters, Inc.*, 2005 WL 1994286 (S.D. Tex. 2005) (tolling the statute of limitations for 30 days after dismissing 264 opt-in plaintiffs). The Court finds that equitable tolling is appropriate here to avoid prejudice to individual plaintiffs who wish to file claims. With the decertification order, the Court dismissed 936 plaintiffs that reside across the country. Given the size and geographic scope of the plaintiff class, the Court finds that equitably tolling the statute of limitations for longer than 30 days from the entry of the class decertification order is appropriate. The Court invokes its equity power to toll

the statute of limitations for 45 days from the entry of this Order.

**CONCLUSION**

For the foregoing reasons, the Court ORDERS the applicable statute of limitations tolled for 45 days from the entry of this Order.

New Orleans, Louisiana, this  24th  day of July, 2008.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE