Case 2:04-cv-03201-SSV-SS   Document 543   Filed 02/23/10   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 2 3 2010
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 09-30407

CV 04-3201 - R

Consolidated with 09-30721

JOHN JOHNSON; ROBERT CHARLES BURDEN,

    Plaintiffs - Appellees

v.

BIG LOTS STORES, INC.,

    Defendant - Appellant

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

Pursuant to appellant's motion, these appeals are dismissed this 22nd day, February, 2010, see FED. R. APP. P. 42(b).

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS4

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____