UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN JOHNSON, et al. | § § § | CIVIL ACTION |
| VS. | § § | NO: 04-3201-SSV-SS C/W 05-6627 |
| BIG LOTS STORES, INC. | § § § | |

## FULL SATISFACTION OF JUDGMENT

The Judgment and Certificate of Judgment in the above-captioned action has been fully satisfied, receipt of which is hereby acknowledged. Therefore, the Clerk of this Court is hereby authorized and directed to cancel, release, satisfy, and discharge the same.

Respectfully submitted,

_____
Philip Bohrer (#14089)
Bohrer Law Firm, LLC
8712 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
E-mail: phil@bohrerlaw.com

Michael A. Josephson (Texas Bar No. 24014780)
Fibich, Hampton & Leebron
1407 McKinney
Suite 1800
Houston, Texas 77010
Telephone: (713) 751-0025
Facsimile: (713) 751-0030
E-mail: mjosephson@fhl-law.com

## RELEASE OF CLAIMS

In consideration of the payment of Sixty-Three Thousand Eight Hundred Forty-Seven and 40/100 ($63,847.40) Dollars, receipt of which is also acknowledged, I, on behalf of myself, my heirs, executors, administrators and assigns, fully and completely release, acquit, and forever discharge Big Lots Stores, Inc. and its corporate affiliates, subsidiaries and related companies including but not limited to PNS Stores, Inc., its directors, officers, present, former and future shareholders, representatives, employees, successors, agents and assigns (collectively referred to in this Release as the "Big Lots Releasees"), with respect to all claims (legal or equitable, known or unknown, contingent or mature) that I now have or may have had arising under the Fair Labor Standards Act, 29 USC § 201 et seq., and any analogous state law (collectively referred to herein as "wage and hour claims") of any type whatsoever including, but not limited to, all wage and hour claims that I asserted or could have asserted in the case captioned "Robert Charles Burden, et al v. Big Lots Stores, Inc.", Civil Action No. 04-3201 c/w 05-6627, United States District Court for the Eastern District of Louisiana (the "Lawsuit"), whether for damages, back pay, attorneys' fees, liquidated damages, expenses, or any other relief or remedy.

I represent that I will not commence, maintain or file any action or proceeding against the Big Lots Releasees, including any complaint with the Department of Labor or any lawsuit in any federal, state or local court, asserting any claims released herein. I agree that if I do file such an action or proceeding, I will not oppose any motion or other steps taken by Big Lots to dismiss the action and agree to pay Big Lots for any and all reasonable attorneys' fees and costs incurred as a result of or in connection therewith.

I also represent that I have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or claims released herein, or any portion thereof or interest therein.

This Release shall be binding upon myself and upon my heirs, administrators, representatives, executors and assigns and shall inure to the benefit of the Big Lots Releasees and all of their respective heirs, administrators, representatives, executors, successors and assigns.

This Release shall be interpreted, enforced and governed by the substantive laws of the State of Ohio, without reference to principles of conflicts of law.

I have carefully read this Release. I know and understand the contents and meaning of this Release. After having had ample time and opportunity to discuss the terms and contents of this Release with my attorney, I have signed this Release freely and voluntarily.

IN WITNESS WHEREOF, and intending to be legally-bound, I have executed this Release of Claims.

*(signature)*
ROBERT CHARLES BURDEN
Date: 3/8/2010

## RELEASE OF CLAIMS

In consideration of the payment of Sixty-Three Thousand Five Hundred Eighty-Seven and 60/100 ($63,587.60) Dollars, receipt of which is also acknowledged, I, on behalf of myself, my heirs, executors, administrators and assigns, fully and completely release, acquit, and forever discharge Big Lots Stores, Inc. and its corporate affiliates, subsidiaries and related companies including but not limited to PNS Stores, Inc., its directors, officers, present, former and future shareholders, representatives, employees, successors, agents and assigns (collectively referred to in this Release as the "Big Lots Releasees"), with respect to all claims (legal or equitable, known or unknown, contingent or mature) that I now have or may have had arising under the Fair Labor Standards Act, 29 USC § 201 *et seq.*, and any analogous state law (collectively referred to herein as "wage and hour claims") of any type whatsoever including, but not limited to, all wage and hour claims that I asserted or could have asserted in the case captioned "John Johnson, et al v. Big Lots Stores, Inc.", Civil Action No. 04-3201 c/w 05-6627, United States District Court for the Eastern District of Louisiana (the "Lawsuit"), whether for damages, back pay, attorneys' fees, liquidated damages, expenses, or any other relief or remedy.

I represent that I will not commence, maintain or file any action or proceeding against the Big Lots Releasees, including any complaint with the Department of Labor or any lawsuit in any federal, state or local court, asserting any claims released herein. I agree that if I do file such an action or proceeding, I will not oppose any motion or other steps taken by Big Lots to dismiss the action and agree to pay Big Lots for any and all reasonable attorneys' fees and costs incurred as a result of or in connection therewith.

{H35561.4}

I also represent that I have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or claims released herein, or any portion thereof or interest therein.

This Release shall be binding upon myself and upon my heirs, administrators, representatives, executors and assigns and shall inure to the benefit of the Big Lots Releasees and all of their respective heirs, administrators, representatives, executors, successors and assigns.

This Release shall be interpreted, enforced and governed by the substantive laws of the State of Ohio, without reference to principles of conflicts of law.

I have carefully read this Release. I know and understand the contents and meaning of this Release. After having had ample time and opportunity to discuss the terms and contents of this Release with my attorney, I have signed this Release freely and voluntarily.

IN WITNESS WHEREOF, and intending to be legally-bound, I have executed this Release of Claims.

_____
JOHN JOHNSON
Date: 03-09-2010

{H1759651.4}